1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES MILLIKEN,                         1:11-cv-01167-GBC (PC)

12              Plaintiff,

13        v.                                 ORDER DENYING MOTION FOR
                                             APPOINTMENT OF COUNSEL
14   C. J. MILLER, et al.,
                                             (ECF No. 3)
15              Defendants.

16   _____/

17        On July 15, 2011, Plaintiff filed a motion seeking the appointment of counsel.

18   Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v.

19   Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney

20   to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States

21   District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816

22   (1989).  However, in certain exceptional circumstances the court may request the

23   voluntary assistance of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at

24   1525.

25        Without a reasonable method of securing and compensating counsel, the court

26   will seek volunteer counsel only in the most serious and exceptional cases.  In

27   determining whether "exceptional circumstances exist, the district court  must evaluate

28   both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate

                                        -1-

1  his claims *pro se* in light of the complexity of the legal issues involved."  Id. (internal

2  quotation marks and citations omitted).

3       In the present case, the Court does not find the required exceptional

4  circumstances.  Even if it is assumed that Plaintiff is not well versed in the law and that

5  he has made serious allegations which, if proved, would entitle him to relief, his case is

6  not exceptional.  This Court is faced with similar cases almost daily.  Further, at this

7  early stage in the proceedings, the Court cannot make a determination that Plaintiff is

8  likely to succeed on the merits, and based on a review of the record in this case, the

9  Court does not find that plaintiff cannot adequately articulate his claims.

10       For the foregoing reasons, Plaintiff's motion for the appointment of counsel is

11  HEREBY DENIED, without prejudice.

12  IT IS SO ORDERED.

13

Dated:    July 19, 2011

14                                UNITED STATES MAGISTRATE JUDGE