1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES M. MILLIKEN,                          ) Case No.: 1:11cv01167 AWI DLB (PC)
                                                  )
12              Plaintiff,                        ) ORDER GRANTING DEFENDANT'S
                                                  ) MOTION TO MODIFY SCHEDULING
13         v.                                     ) ORDER
                                                  )
14   GREGORY, et al.,                             )
                                                  ) (Document 28)
15              Defendants.                       )
                                                  )
16   _____     )

17         Plaintiff James Milliken ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this this civil rights action.  On March 13, 2013, the Court issued a Discovery and

19   Scheduling Order.  The order set the discovery deadline for August 12, 2013, and the dispositive

20   motion deadline for October 9, 2013.

21         On June 11, 2013, Defendant filed a motion to dismiss based on Plaintiff's failure to exhaust

22   administrative remedies.  The time for an opposition has not yet passed and the motion is pending.

23         On June 24, 2013, Defendant filed a Motion to Modify the Discovery and Scheduling Order.

24                                   **DISCUSSION**

25         Modification of the pretrial scheduling order requires a showing of good cause.  Fed. R. Civ. P.

26   16(b)(4).  Here, Defendant contends that if the dates are not modified, he will be required to spend

27   time and resources in conducting discovery that may ultimately be unnecessary if the motion to

28   dismiss is granted.  For instance, even though the discovery deadline is August 12, 2013, the Court

1

requires all written discovery to be served thirty days prior, which is July 12, 2013.  Given the briefing schedule of the pending motion to dismiss, the motion will not likely be resolved by this date.

Therefore, the Court agrees that in light of the pending motion to dismiss, adhering to the current dates in the Scheduling Order may require the unnecessary expenditure of resources. Accordingly, Defendant's motion is GRANTED and the discovery and dispositive motion deadlines are VACATED.  The Court will reset the deadlines, if necessary, after the resolution of the motion to dismiss.

IT IS SO ORDERED.

Dated:   **June 26, 2013**                        /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE