UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MILLIKEN,<br><br>            Plaintiff,<br><br>       v.<br><br>C. J. MILLER, et al.,<br><br>            Defendants. | Case No.: 1:11cv01167 AWI DLB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION, OR STATEMENT OF NON-OPPOSITION, TO MOTION TO DISMISS |

       Plaintiff James M. Milliken ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on July 15, 2011.  This action is proceeding on Plaintiff's claim of retaliation against Defendant Gregory.  All other claims and Defendants have been dismissed.

       On June 11, 2013, Defendant filed an unenumerated Rule 12(b) Motion to Dismiss based on exhaustion.

       Accordingly, within thirty (30) day of the date of service of this order, Plaintiff SHALL file an opposition, or statement of non-opposition, to Defendant's Motion to Dismiss.  Defendant will be permitted to file a reply within fourteen (14) days of service of Plaintiff's filing.

       The Court notes that Plaintiff's verified complaint and attached exhibits suggest that Plaintiff attempted to exhaust the 602 related to the incident at issue, and the parties should address whether an excuse to exhaustion existed.

1

1    <u>If Plaintiff does not file an opposition, the motion may be decided without the benefit of
2    Plaintiff's input</u>.  <u>Failure to file an opposition may also result in a recommendation that this action be
3    dismissed for failure to follow a court order.</u>

7    IT IS SO ORDERED.

8    Dated:    **October 17, 2013**                                /s/ *Dennis L. Beck*
9                                                                         UNITED STATES MAGISTRATE JUDGE